**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00861-CV

**WILLIAM GARY STAPLETON, Appellant**

**V.**

**STARFISH INVESTMENTS, LP, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00558-2014**

## ORDER

We **GRANT** appellee's November 12, 2014 agreed motion to enlarge time to file brief

and **ORDER** the brief be filed no later than December 1, 2014.

/s/     CRAIG STODDART
          JUSTICE